HOCHBERG v. SCHACHNER. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by Rosie Hochberg against Bernard Schachner. No opinion. Motion granted, with $10 costs. Order filed.

HOFFERBERTH v. NASH. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by Charles Hofferberth against George Nash. No opinion. Motion granted. Settle order on notice.

HOFFMAN, Respondent, v. LUBETKIN, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by Samuel Hoffman against Nathan Lubetkin. No opinion. Judgment and order unanimously affirmed, with costs.

HOFFMAN, Appellant, v. UNION DIME SAVINGS INSTITUTION, Respondent. (Supreme Court, Appellate Division, First Department. February 25, 1907.) Action by George Hoffman, as administrator, against the Union Dime Savings Institution. I. B. Louis, for appellant. C. N. Bovee, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed. McLAUGHLIN, J., dissents.

HOLLENBECK, Appellant, v. GREENE, Respondent. (Supreme Court, Appellate Division, Third Department. March 28, 1907.) Action by Fred W. Hollenbeck against Albert C. Greene. No opinion. Motion granted, with $10 costs, unless the appellant, within 20 days, procures the case to be served and filed and pays the respondent $10 costs, in which event, motion denied, without costs.

HOLME, Appellant, v. HOLME, Respondent. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Lizzie H. Holme against Leicester Holme. N. Cohen, for appellant. D. McCurdy, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HOPKINS, Respondent, v. CALLESON HORSE CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Clarence E. Hopkins against the Calleson Horse Company. No opinion. Motion denied, with $10 costs.

HOUSE OF THE GOOD SHEPHERD, Respondent, v. CANDEE & KREKELER CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by the House of the Good Shepherd against the Candee & Krekeler Company. No opinion. Final order of the Municipal Court affirmed, with costs.

HOVER, Respondent, v. DUNNE, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Joseph Hover, as temporary administrator, etc., against Margaret Dunne, impleaded with others. A. Ledwith, for appellant. L. Lally, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HOWELL, Respondent, v. NEW YORK HERALD CO., Appellant. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by William Howell against the New York Herald Company. R. W. Candler, for appellant. M. Dolphin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HUNTER v. MUTUAL RESERVE LIFE INS. CO. (Supreme Court, Appellate Division, First Department. March 27, 1907.) Action by Wilson R. Hunter against the Mutual Reserve Life Insurance Company. No opinion. Motion granted. Order filed.

HUNTINGTON, Respondent, v. HUDSON VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) Action by Erastus J. Huntington against the Hudson Valley Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

HUNTINGTON TUMBLER CO., Respondent, v. COHEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by the Huntington Tumbler Company against Herman Cohen and another. No opinion. Appeal from judgment of the Municipal Court dismissed by default, with costs.

HUTCHINSON, Appellant, v. WARD et al., Respondents. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Robert H. Hutchinson, Jr., against Caroline S. Ward and another. P. H. Vernon, for appellant. E. L. Mooney, for respondents. PER CURIAM. Judgment and order affirmed, with costs. Order filed. INGRAHAM, J., dissents.

HYER, Respondent, v. CITY OF CORTLAND, Appellant. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) Action by Palmer Hyer against the city of Cortland. No opinion. Judgment and order unanimously affirmed, with costs.

INTERNATIONAL TEXT-BOOK CO., Appellant, v. ROSENBURGH, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by the International Text-Book Company against Ernest Rosenburgh. No opinion. Judgment affirmed, with costs.

JACKSON, Respondent, v. MOORE, Appellant. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) Action by Suzette Jackson against De Witt C. Moore. No opinion. Judgment and order unanimously affirmed, with costs.

JACOBS, Respondent, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Appel-

respondent. No opinion. Judgment affirmed, with costs. Order filed.

lant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Edith Jacobs against the board of education of the city of New York. No opinion. Judgment affirmed, with costs.

JACOBS, Respondent, v. JACOBS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by Anna M. Jacobs, as executor, against Jay M. Jacobs. No opinion. Judgment reversed, and new trial ordered, with costs to the appellant to abide event. Held, that the court committed error, among other things, in rejecting evidence tending to prove that the plaintiff was not the owner of the property in question.

JANUSZEWICZ, Appellant, v. LEICHT et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Felix Januszewicz against Charles K. Leicht and Edmund J. Leicht. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

JEROME, Respondent, v. NEW YORK EVENING JOURNAL PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by William T. Jerome against the New York Evening Journal Publishing Company. G. J. Shearn, for appellant. H. S. Gans, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. Order filed.

JEROME v. STAR CO. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by William T. Jerome against the Star Company. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. Order filed.

JOHNSON et al., Respondents, v. CALLAHAN et al., Appellants. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Bernard Johnson and another against Ann A. Callahan and another. A. U. Mayer, for appellants. P. Klein, for respondents. No opinion. Judgment modified, by granting leave to defendants to withdraw demurrer and plead over on payment of costs in the court below. Costs in this court to the defendants. Settle order on notice.

JOHNSON, Respondent, v. CONSELYEA, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Martin I. Johnson against Katie M. Conselyea, impleaded with others. No opinion. Order of the county judge of Queens county affirmed, with $10 costs and disbursements.

JONES, Appellant, v. FUCHS et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by William G. Jones against Frederick Waldemar Fuchs and others. No opinion. Motion to dismiss appeal granted, with $10 costs.

JONES HOOK & LADDER CO., NO. 1, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by the Jones Hook & Ladder Company, No. 1, against the city of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

KANDEL, Respondent, v. CUDAHY PACKING CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by Bernard Kandel against the Cudahy Packing Company and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

KANE, Appellant, v. LYONS, Respondent. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Mary Kane against Margaret J. Lyons. No opinion. Judgment affirmed, with costs.

KASCSAK, Respondent, v. CENTRAL R. CO. OF NEW JERSEY, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by John Kascsak against the Central Railroad Company of New Jersey. No opinion. Motion denied, with $10 costs.

In re KATZ. (Supreme Court, Appellate Division, First Department. February 25, 1907.) In the matter of Aaron E. Katz. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KELLY, Respondent, v. BROOKLYN BOROUGH GAS CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Loretta Kelly, an infant, by Joseph Kelly, her guardian ad litem, against the Brooklyn Borough Gas Company. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, with costs to abide the event, unless within 20 days the plaintiff stipulate to reduce the recovery of damages to the sum of $300, in which case the judgment, as thus reduced, is unanimously affirmed, with costs.

KIDANSKY et al., Respondents, v. PELTYN, Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by David Kidansky and another against David Peltyn. H. Cohen, for appellant. W. H. Van Benschoten, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

KILLIAN, Appellant, v. HEINZERLING, Respondent. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Agnes E. Killian against Katherine E. Heinzerling, as administratrix. E. Miehling, for appellant. J. E. Donnelly, for respondent. PER CURIAM. Judgment affirmed, with costs. Order filed. See 99 N. Y. Supp. 1036.

HOUGHTON, J., votes to modify the judgment by inserting a provision that the title to the four bonds of the Metropolitan Street